**Order entered April 1, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00149-CV

**CONN APPLIANCES, INC., Appellant**

**V.**

**KENNY JONES, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01490-A**

**ORDER**

Before the Court is appellee's March 30, 2020 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 6, 2020.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE